Barbara A. Rohr (273353)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: brohr@faruqilaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANNON, Derivatively on Behalf of Nominal Defendant BRIDGEPOINT EDUCATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW S. CLARK, DANIEL J. DEVINE, JANE McAULIFFE, RODNEY T. SHENG, PATRICK HACKETT, RYAN CRAIG, ROBERT HARTMAN, ADARSH SARMA, DALE CRANDALL, DR. MARYE ANNE FOX, and ANDREW M. MILLER, <br><br> Defendants, <br><br> -and- <br><br> BRIDGEPOINT EDUCATION, INC. <br><br> Nominal Defendant. | Case No. 13-CV-2645 JM (JLB) <br><br> **RENEWED MOTION FOR VOLUNTARY DISMISSAL OF ACTION** |

Plaintiff James Cannon ("Plaintiff") hereby submits this Motion for Voluntary Dismissal of Action pursuant to the Court's Order Granting Renewed Motion for Issuance of Notice dated September 1, 2016 ("Notice Order") and The Order Denying Motion for Dismissal Without Notice to Shareholders dated August 3, 2015.

Pursuant to the Notice Order, the parties issued notice of the proposed dismissal and right to intervene to all Bridgepoint Education, Inc. ("Bridgepoint") shareholders on September 9, 2016. Specifically, Plaintiff's counsel and Bridgepoint issued press releases and Bridgepoint also posted a copy of the press release on its website. Concurrent with this Motion, the parties have submitted the Declaration of Beth A. Keller describing Plaintiff's issuance of notice and the Declaration of Marianne Perez, describing Bridgepoint's issuance of notice, in the form required by the Court's Notice Order.

Pursuant to the Notice Order, and in light of the notices described above, the deadline for motions to intervene was October 24, 2016. To date, no Bridgepoint shareholder has moved to intervene as plaintiff in this action.

In light of the foregoing, Plaintiff hereby moves to voluntarily dismiss the above-captioned action without prejudice pursuant to Rules 41 and 23.1 of *The Federal Rules of Civil Procedure*.

Dated: November 10, 2016         Respectfully submitted,

                                 FARUQI & FARUQI, LLP

                                 By: *s/ Barbara A. Rohr*
                                     Attorney for Plaintiff James Cannon
                                     E-mail: brohr@faruqilaw.com

                                 Barbara A. Rohr (273353)
                                 10866 Wilshire Boulevard, Suite 1470
                                 Los Angeles, CA 90024

1   Telephone: (424) 256-2884
    Facsimile: (424) 256-2885
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3   Case No. 13-CV-2645 JM (NLS)
RENEWED MOTION FOR VOLUNTARY DISMISSAL OF ACTION