UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CANNON, derivatively on behalf of nominal defendant BRIDGEPOINT EDUCATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW S. CLARK, DANIEL J. DEVINE, JANE McAULIFFE, RODNEY T. SHENG, PATRICK HACKETT, RYAN CRAIG, ROBERT HARTMAN, ADARSH SARMA, DALE CRANDALL, DR. MARYE ANNE FOX, and ANDREW M. MILLER,<br><br>Defendants,<br><br>-and-<br><br>BRIDGEPOINT EDUCATION, INC.<br><br>Nominal Defendant. | Case No. 13cv2645 JM (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION WITHOUT PREJUDICE** |

On November 10, 2016, Plaintiff James Cannon filed a renewed motion for voluntary dismissal of this action. (Doc. No. 34.) Plaintiff stated that the parties have complied with the court's September 1, 2016, notice order, (Doc. No. 33),

1                                                                                          13cv2645 JM (JLB)

1  and that no Bridgepoint shareholder moved to intervene as a plaintiff in this action
2  by the deadline prescribed.  Consequently, for good cause shown, the court grants
3  Plaintiff's request to voluntarily dismiss this derivative action without prejudice.
4     IT IS SO ORDERED.

5  DATED: November 17, 2016

6                                                       JEFFREY T. MILLER
7                                                       United States District Judge